### CRANMER v. CRAWLEY.

A constable is an improper person to summon a jury in a cause in which he is interested.

Certiorari to Justice Tucker.

Crawley, the defendant in this case, being the township constable, had himself summoned the jury who decided the cause.

PER CUR.   Reverse the judgment.

[44]         JOHNSON v. ————

When the parties by consent go before a different justice from the one who issued the writ, and submit to his decision, it is good.

Certiorari to Justice Clark.

In this case a warrant was issued by Justice Blackwood, and the parties by consent, in the absence of Blackwood, went before Clark, who tried the cause.

Judgment affirmed.

NOTE—See the case of Quigly v. Baldwin, ante.